IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS B. PAMMER,

        Plaintiff

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant

CIVIL ACTION

NO. 09-0008

**ORDER**

AND NOW, this 2nd day of February, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review filed March 27, 2009; upon consideration of Defendant's Response to Request for Review of Plaintiff filed April 9, 2009; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 14, 2010, IT IS ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The relief sought by Plaintiff is GRANTED in part as described below;

    3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation;

4. In all other respects, Plaintiff's request for relief is DENIED; and

5. The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ____ TO:   Copies via US Mail on ____ TO: